UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BISCHOFF,

        Petitioner,

v.                                        CASE NO. 2:06-cv-10545
                                          HONORABLE GERALD E. ROSEN

GENESIS HOUSE, *et al.,*

        Respondents.
_____/

## **JUDGMENT**

This matter having come before the Court on a Petition for the Writ of Habeas Corpus, United States District Judge GERALD E. ROSEN presiding, and pursuant to the Opinion and Order entered on     June 8, 2006 ,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan on     June 8, 2006     .

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                          By:   s/LaShawn R. Saulsberry
                                                       DEPUTY CLERK

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE